United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 18-11686-ES
Kathy Washington                                                          Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-8          User: tduarteC          Page 1 of 1          Date Rcvd: May 16, 2018
                            Form ID: pdf042         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2018.
db            +Kathy Washington,    7882 Holt Dr Apt #3,    Huntington Beach, CA 92647-7600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2018 at the address(es) listed below:
        Amrane (SA) Cohen (TR)    efile@ch13ac.com
        United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                                                                              TOTAL: 2

ORIGINAL

FILED
MAY 16 2018
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| LAL PUNWANEY<br>17971 EUCLID ST<br>FOUNTAIN VALLEY, CA 92708<br><br>Tel: (714) 964-0350<br><br>Email: lal.punwani@gmail.com<br><br>LODGED<br>MAY 11 2018<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:                    Deputy Clerk | ENTERED<br>MAY 16 2018<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:                    Deputy Clerk |

☒ *Individual appearing without attorney*
☐ *Attorney for:*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>KATHY WASHINGTON<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:18-bk-11686-ES<br>CHAPTER: 13<br><br>**ORDER:**<br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |

**Movant** (*name*): LAL PUNWANEY

[handwritten left margin: 5/16/18 at 1:30 pm - Notified Lal Punwany 2 info on 05/]

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: MOTION FOR RELIEF FROM STAY UNDER 11 U.S.C. § 362 (UNLAWFUL DETAINER)

   b. *Date of filing of motion*: 05/11/2018

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: 05/11/2018

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

   b. ☒ The Application is granted, and it is further ordered that:

(1) ☒ A hearing on the motion will take place as follows:

| Hearing date: MAY 22, 2018 | Place: |
|---|---|
| Time: 11:00 am | ☐ 255 East Temple Street, Los Angeles, CA 90012 |
| Courtroom: 5A | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
| | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
| | ☒ 411 West Fourth Street, Santa Ana, CA 92701 |
| | ☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

(A) *Deadlines:*
Date: MAY 16, 2018
Time: 6:00 pm

(B) *Persons/entities to be provided with telephonic notice:*
Debtor & Chapter 13 Trustee

☐ See attached page

(C) *Telephonic notice is also required upon* the United States trustee

(3) ☒ No later than the deadlines given, **written notice** of the hearing and a **copy of this order** must be served upon all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☒ Personal Delivery ☒ Overnight Mail ☐ First class mail ☐ Facsimile* ☐ Email*

(B) *Deadlines:*
Date: MAY 17, 2018
Time:

(C) *Persons/entities to be served with written notice and a copy of this order:*
Debtor & Chapter 13 Trustee

☐ See attached page

(D) *Service is also required upon*:
-- United States trustee *(electronic service is not permitted)*
-- Judge's copy personally delivered to chambers
(*see Court Manual for address*)

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☒ Personal Delivery ☒ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

| (B) *Deadlines:*<br>Date: May 17, 2018<br>Time: | (C) *Persons/entities to be served with motion, declarations, supporting documents:*<br>Debtor & Chapter 13 trustee<br><br>☐ See attached page<br>(D) *Service is also required upon:*<br>-- United States trustee *(no electronic service permitted)*<br>-- Judge's copy personally delivered to chambers *(see Court Manual for address)* |
|---|---|

(5) ☒ Regarding **opposition to the motion**

☒ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

| (B) *Deadlines:*<br>Date:<br>Time: | (C) *Persons/entities to be served with written opposition to the motion:*<br>-- movant's attorney (or movant, if movant is not represented by an attorney)<br><br>(D) *Service is also required upon:*<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's copy personally delivered to chambers *(see Court Manual for address)* |
|---|---|

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

|  |  |
|---|---|
| (B) *Deadlines:*<br>Date:<br><br>Time: | (C) *Persons/entities to be served with written reply to opposition:*<br>-- All persons/entities who filed a written opposition<br><br>(D) *Service is also required upon:*<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>   (*see Court Manual for address*) |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

| ☒ at least 2 days before the hearing. |
|---|
| ☐ no later than:    Date:        Time: |

* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

DATE: 5/16/18

*Erithe A. Smith*

HON. ERITHE A. SMITH